UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>                    Plaintiff,<br><br>                - v. -<br><br>SIMPLY, INC.<br><br>                  Nominal Defendant.<br><br>                and<br><br>SOL GLOBAL INVESTMENTS CORP., and SOL VERANO BLOCKER 1, LLC,<br><br>                  Defendants. | Civil Action No. 22-cv-1007 (KPF)<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANTS SOL GLOBAL INVESTMENTS CORP. and SOL VERANO BLOCKER 1, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondents hereby certifies:

    1. SOL Global Investments Corp. has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

    2. SOL Verano Blocker 1, LLC is a wholly owned subsidiary of SOL Global Investments Corp.

| | |
|---|---|
| Dated: New York, NY<br>May 10, 2022 | Respectfully Submitted,<br><br>/s/ *Rex Lee*<br>Alex Spiro<br>Rex Lee<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7163<br>Fax: 212-849-7100<br>alexspiro@quinnemanuel.com<br>rexlee@quinnemanuel.com<br><br>*Counsel for SOL Global Investments Corp.*<br>*and SOL Verano Blocker 1, LLC* |