# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

May 19, 2022

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)

**Re:**   *Donoghue v. Simply, Inc.*, et. al., No. 22-CV-1007 (KPF)

Your Honor:

    I am one of Plaintiff's counsel in the above-referenced case. I write with the Defendants' consent to respectfully request a three-week adjournment of the initial pre-trial conference (IPTC), currently scheduled for May 25, 2022, at 2:30 PM.

    The adjournment is requested to facilitate ongoing settlement discussions between the parties. This is the first request for an adjournment of the IPTC.

Respectfully,

*s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiff Deborah Donoghue*


**CC:**

**Via ECF**
Rex Lee; Samuel Donohue
QUINN EMMANUEL URQUHART & SULLIVAN, LLP
*Attorneys for Defendants*
*SOL Global Investments Corp.; SOL Verano Blocker 1, LLC*

**Via email:**
Milo Steven Marsden
DORSEY & WHITNEY LLP
*Attorney for Nominal Defendant Simply, Inc.*