UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

| | |
|---|---|
| DEBORAH DONOGHUE | NO. 22-CV-1007 |
| Plaintiff, | **ANSWER OF NOMINAL DEFENDANT SIMPLY, INC.** |
| -v- | |
| SIMPLY, INC. | |
| Nominal Defendant, | |
| and | |
| SOL GLOBAL INVESTMENTS CORP. and SOL VERANO BLOCKER 1 LLC, | |
| Defendants. | |

------------------------------------------------------------------------------- X

Nominal Defendant Simply, Inc. ("Simply"), for its answer to the complaint filed by Plaintiff Deborah Donoghue, states as follows:

1. In this action, Plaintiff purports to assert a claim under section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b), on behalf of Simply, against defendants SOL Global Investments Corp. and SOL Verano Blocker 1 LLC.

2. Nominal Defendant Simply admits that this Court has subject matter jurisdiction over this dispute as alleged in paragraph 1 of the Complaint.

3. Simply does not dispute that this Court may exercise personal jurisdiction over it in this action.

4. Simply does not dispute that this Court is a proper venue for this action.

5. In her amended complaint, Plaintiff seeks no relief whatsoever from Simply. To the contrary, Plaintiff purports to assert the claims alleged in the complaint for Simply's benefit.

6.  Simply is not required to respond to any of the remaining factual allegations in the amended complaint under Rule 8(b) of the Federal Rules of Civil Procedure, since no claim has been asserted against it in this action.

Dated:  New York, New York
        May 26, 2022

**DORSEY & WHITNEY LLP**

By  /s/ Patrick Albergo
    Patrick Albergo
    51 West 52nd Street
    New York, NY 10019
    (212) 415-9200
    albergo.patrick@dorsey.com

    Milo Steven Marsden (*pro hac vice* application forthcoming)
    111 S. Main Street, Suite 2100
    Salt Lake City, UT 84111
    Telephone:  (801) 933-7360
    Facsimile:  (801) 933-7373
    marsden.steve@dorsey.com

*Attorneys for Simply, Inc.*