# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

December 9, 2022

**Via ECF:**
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)



*George Hofmann,* **Chapter 7 Bankruptcy Trustee
of the Estate of Simply Inc.** *v. SOL Global Investments Corp.*, et. al., No. 22-CV-1007 (KPF)

### Request for Extension of Time to Submit Stipulation of Settlement
### (Pending Bankruptcy Court Approval Hearing Scheduled for January 9, 2023)

Your Honor:

I write on behalf of Plaintiff further to Your Honor's Order of Discontinuance dated December 17, 2022, which required the parties to submit a Stipulation of Settlement for the Court to so-order within 60 days, or by December 15, 2022.

As stated in my previous letter advising the Court of the settlement in principle reached by the parties, the parties' settlement is subject to Bankruptcy Court approval. The Trustee has submitted the Stipulation of Settlement for approval by the Bankruptcy Court for the District of Utah, where Simply, Inc.'s Chapter 7 proceedings are pending.

On November 28, 2022, the Bankruptcy Court entered notice of a hearing to approve the Settlement to be held on January 9, 2023. The Notice is attached to this letter.

Accordingly, Plaintiff respectfully requests that the deadline for the parties to submit their Stipulation of Settlement to this Court be extended for 30 days, or until January 17, 2023.

Defendants support this request.

Respectfully,

*/s/ Miriam Tauber*
Miriam Tauber, *Attorney for Plaintiff*

---

```
Application GRANTED.  The parties deadline to file a
Stipulation of Settlement is hereby EXTENDED to January 17,
2023.  The Clerk of Court is directed to terminate the
pending motion at docket number 38.
```

Dated:   December 12, 2022
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE