UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Hofmann,<br>Chapter 7 Trustee of<br>the Estate of SIMPLY, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>SOL GLOBAL INVESTMENTS CORP.,<br>and SOL VERANO BLOCKER 1 LLC,<br><br>      Defendants. | No. 22-CV-1007 (KPF)<br>(ECF Case)<br><br> |

**CONSENT JUDGMENT**

Pursuant to the Stipulation of Settlement executed by the parties on November 21, 2022, and approved by this Court by entry of the Order and Final Judgment on January 19, 2023 (Dkt #43, 44), the Defendants agreed and were ordered to pay the total Settlement Consideration of $500,000.00 to the Plaintiff as provided in the Stipulation.

The Stipulation provides for the Settlement Consideration to be paid in a total of 10 installment payments in the amount of $50,000.00 each. Each installment payment was due every 30 days, beginning on March 20, 2023.

As of the date of this Consent Judgment, Defendants have paid a total of $0 of the Settlement Consideration.

On March 27, 2023, Plaintiff provided notice to the Defendants that Installment #1 had not been paid. Payment of Installment #1 has now been due for more than 30 days following Plaintiff's notice. The deadline for payment of Installment #2 has now also expired.

Pursuant to Paragraph 4 of the Stipulation, the Court hereby enters final Judgment for the Plaintiff in the amount of $500,000.00 (Total Settlement Consideration of $500,000, less Total Payment Received of $0), which is immediately due and payable in full by the Defendants.

Dated: May 2, 2023
New York, New York

**SO ORDERED:**

*[signature]*

_____
**Hon. Katherine Polk Failla,** U.S.D.J.

The Clerk of Court is directed to terminate the pending motion at docket number 45.