UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Hofmann,<br>Chapter 7 Trustee of<br>the Estate of SIMPLY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SOL GLOBAL INVESTMENTS CORP.,<br>and SOL VERANO BLOCKER 1 LLC,<br><br>    Defendants. | No. 22-CV-1007 (KPF)<br>(ECF Case) |

**NOTICE OF PLAINTIFF'S MOTION FOR
<u>ORDER TO SHOW CAUSE DIRECTING TURNOVER OF ASSETS</u>**

Upon the accompanying Brief and Affirmation of Miriam Tauber in Support of Plaintiff's Motion, Plaintiff respectfully requests entry of the accompanying Proposed Order to Show Cause.

Dated:  October 9, 2023

Respectfully submitted,

<u>/s/ David Lopez</u>
David Lopez, Esq. (DL-6779)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, PO Box #323
Southampton NY 11968
(631) 287-5520
DavidLopezEsq@aol.com

<u>/s/ Miriam Tauber</u>
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. #2A
New York NY 10075
(323) 790-4881
MiriamTauberLaw@gmail.com

*Attorneys for Plaintiff/Judgment Creditor*