UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Hofmann,<br>Chapter 7 Trustee of<br>the Estate of SIMPLY, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SOL GLOBAL INVESTMENTS CORP.,<br>and SOL VERANO BLOCKER 1 LLC,<br><br>        Defendants. | No. 22-CV-1007 (KPF)<br>(ECF Case) |

### [PROPOSED] ORDER TO SHOW CAUSE FOR TURNOVER

Upon Plaintiff's Motion for Order to Show Cause, and the accompanying Brief and Affirmation of Miriam Tauber in Support of Plaintiff's Motion, it is hereby ORDERED that Defendant/Judgment-Debtors SOL Global Investments Corp. and SOL Verano Blocker 1 LLC; and Garnishee Odyssey Trust Company SHOW CAUSE why an Order should not issue pursuant to Fed. R. Civ. P. 69(a)(1) and N.Y. CPLR § 5225(b) directing that cash and assets restrained and collected be transferred to Plaintiff immediately in satisfaction of the Consent Judgment entered by this Court in the amount of $500,000, which remains outstanding, together with interest thereon due from May 2, 2023; and/or granting such other relief to Plaintiff as the Court deems appropriate.

It is ORDERED that:

1. Plaintiff's Motion will be heard on _____ at _____ at the United States District Court for the Southern District of New York, 40 Foley Square, Room 2103 before the Honorable Katherine Polk Failla, U.S. District Judge.

- 1 -

2.This Order to Show Cause together with the papers on which it is based be served no later than April _____, 2019 on the Garnishee and the Defendants in the same manner as that prescribed for service of a Summons under Fed. R. Civ. P. 4; and

3.Response papers, if any, must be filed and served no later than _____, and reply papers, if any, filed and served no later than _____.

Dated: _____

SO ORDERED:

_____
**Hon. Katherine Polk Failla,** U.S.D.J.