UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Hofmann, Chapter 7 Trustee of the Estate of SIMPLY, INC., <br><br>               Plaintiff, <br><br> -v.- <br><br> SOL GLOBAL INVESTMENTS CORP., AND SOL VERANO BLOCKER 1 LLC, <br><br>               Defendant. | 22 Civ. 1007 (KPF) <br><br> **ORDER TO SHOW CAUSE** |

KATHERINE POLK FAILLA, District Judge:

Upon the Affirmation of Miriam Tauber, counsel for Plaintiff, dated October 6, 2023, and the Memorandum of Law in Support of the Motion for Order to Show Cause, it is hereby:

ORDERED, that Defendant/Judgment-Debtors SOL Global Investments Corp. and SOL Verano Blocker 1 LLC; and Garnishee Odyssey Trust Company, show cause at hearing on **December 6, 2023**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as to why an order pursuant to Fed. R. Civ. P. 69(a)(1) and N.Y. CPLR § 5225(b), in favor of Plaintiff, ought not be entered against it.

IT IS FURTHER ORDERED that Plaintiff is to serve a copy of this Order and supporting documents upon Defendant via any previously used means of service by October 18, 2023, and to provide proof of service on the docket by October 25, 2023. Any opposition is due on or before November 14, 2023. Any reply papers shall be due by November 21, 2023.

The Clerk of the Court is directed to terminate the pending motion at docket number 48.

SO ORDERED.

Dated:      October 11, 2023
            New York, New York

_____
HON. KATHERINE POLK FAILLA
United States District Judge