**MIRIAM TAUBER LAW**

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

October 18, 2023

**<u>Via ECF</u>**
  Hon. Katherine Polk Failla (U.S.D.J., S.D.N.Y.)

Re*: George Hofmann, Chapter 7 Trustee
      of the Estate of Simply, Inc. v. SOL Global, Inc.*, et. al., No. 22-CV-1007-KPF

**<u>Service of Order to Show Cause</u>**

Your Honor:

      Pursuant to the Order to Show Cause entered at Dkt. 51, I submit the following proof of service of the Order and supporting motion papers on the Defendants and on Odyssey Trust Co., Garnishee:

      Copies were **emailed** to Paul Kania, CEO of SOL Gobal, at Paul@SOLGlobal.com. (*See* Attachment 1.) Copies were also sent by **certified mail** to: Cogency Global, the Delaware registered agent for Defendant SOL Verano Blcoker 1, LLC. (*See* Attachments 2, 3.) Additional copies were also sent by **registered mail** (the international equivalent of certified mail) to SOL Global in Canada. (*See* Attachment 4.)

      Copies were **emailed** to Odyssey compliance personnel on October 12, 2023, and **receipt was confirmed** the same day. (*See* Attachments 5, 6.) Copies were also sent to Odyssey by **certified mail** to Odyssey's U.S. offices. (*See* Attachment 7).

                                      Respectfully submitted,

                                      *<u>/s/ Miriam Tauber</u>*
                                      Miriam Tauber
                                      *Attorney for Plaintiff*