# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075

MiriamTauberLaw@gmail.com • (323) 790-4881

November 29, 2023

**MEMO ENDORSED**

<u>Via ECF</u>
Hon. Katherine Polk Failla, U.S.D.J. (S.D.N.Y.)

**Re:**   *George Hofmann,* **Chapter 7 Trustee of the Estate of Simply, Inc.,**
      *v. SOL Global, Inc.,* **et. al., No. 22-CV-1007**

### Joint Request to Adjourn OTSC Hearing

Your Honor:

Pursuant to correspondence with the Court earlier today, I write to respectfully request an adjournment of the Order to Show Cause hearing, which is currently scheduled for December 6, 2023, at 11:00 AM, until **December 14, 2023, at 4:30 PM.**

All parties consent to the adjournment.

Respectfully,

*s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiff*

cc (by ECF):   all counsel

---

Application GRANTED. The Order to Show Cause hearing scheduled for December 6, 2023, is hereby ADJOURNED to **December 14, 2023**, at **4:30 p.m.**

The Clerk of the Court is directed to terminate the pending motion at docket number 61.

Dated:   November 30, 2023
         New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE