**MIRIAM TAUBER LAW**
885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

January 2, 2024

**Via ECF**
Hon. Katherine Polk Failla (S.D.N.Y.)



*George Hofmann,*
**Chapter 7 Trustee of the Estate of Simply, Inc.,** *v. SOL Global, Inc.,* Case No. 22-CV-1007

### Request to Adjourn OTSC Hearing

Your Honor:

I am one of Plaintiff's counsel. I respectfully write with the consent of all parties to request a 1-week adjournment of the hearing on Plaintiff's Order To Show Cause seeking a turnover of assets. The OTSC hearing is currently scheduled for January 4, 2024, at 10:00 AM.

I am suffering from a recent knee injury for which I will need surgery in a few weeks. I have been told I should be walking better in a week or so after some physical therapy.

I respectfully ask that the Court adjourn the conference for one week, or until January 11, 2024. If possible, I request that the conference be scheduled in the morning so that I can attend another S.D.N.Y. case conference at 2:30 PM that day.

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber, *Attorney for Plaintiffs*

---

Application GRANTED.  The hearing in this matter scheduled for January 4, 2024, is hereby ADJOURNED to **January 11, 2024,** at **10:00 a.m.**

The Clerk of the Court is directed to terminate the pending motion at docket number 63.

Dated:   January 2, 2024
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE