# MIRIAM TAUBER LAW
885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

January 4, 2024

<u>Via ECF</u>
Hon. Katherine Polk Failla (S.D.N.Y.)

**MEMO ENDORSED**

***George Hofmann,***
**Chapter 7 Trustee of the Estate of Simply, Inc.,** *v.* **SOL Global, Inc.,** Case No. 22-CV-1007

### <u>Request to Adjourn OTSC Hearing</u>

Your Honor:

    I respectfully write on behalf of the Plaintiff and with the consent of all parties to request a further adjournment of the hearing on Plaintiff's Order To Show Cause ("OTSC") seeking a turnover of assets. The OTSC hearing is currently scheduled for January 11, 2024, at 10:00 AM.

    As I informed the Court in my prior letter, I am suffering from a recent knee injury for which I will need surgery. Regrettably, I was informed by my surgeon that the surgery will need to be performed on January 11, 2024, and that I will need approximately 4 weeks to recover before I will be able to move around or attend an in-person hearing.

    I ask the Court adjourn the conference for another four weeks. I have conferred with counsel for Defendants and the parties are available on February 13, 14, or 15, 2024. I hope to be sufficiently recovered to attend an in-person hearing by then, and I appreciate the accommodation by the Court and counsel.

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber, *Attorney for Plaintiff*

---

```
Application GRANTED.  The conference in this matter scheduled for
January 11, 2024, is hereby ADJOURNED to February 15, 2024, at
4:00 p.m.  The Court wishes Ms. Tauber a safe surgery and speedy
recovery.

The Clerk of the Court is directed to terminate the pending motion
at docket number 65.

Dated:    January 5, 2024            SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE