UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Hofmann,
Chapter 7 Trustee of
the Estate of SIMPLY, INC.,

    Plaintiff,

v.

SOL GLOBAL INVESTMENTS CORP.,
and SOL VERANO BLOCKER 1 LLC,

    Defendants.

No. 22-CV-1007 (KPF)
(ECF Case)

## NOTICE OF SATISFACTION OF JUDGMENT IN FULL

Plaintiff George Hofmann, *Chapter 7 Trustee of the Estate of* Simply, Inc., hereby confirms and acknowledges that, pursuant to their Stipulation of Settlement executed on April 7, 2024 (*see* Dkts. 73, 74), which was approved by the Bankruptcy Court for the District of Utah on May 13, 2024 (*see* In re *Simply, Inc.*, D. Utah Bankruptcy Case No. 22-22242, at Dkt. 147), the Consent Judgment entered by the Court on May 2, 2023, in the amount of $500,000 (*see* Dkt. 46), which was partially satisfied and reduced to $475,000 on February 22, 2024 (*see* Partial Satisfaction Order, Dkt. 68), **has now been satisfied in full.**

Dated: 5/20/2024

NOTARIZED:

On this 20 day
of May 2024
Brandon Rivera

Brandon M Rivera
Notary Public State of New York
No. 01R16415838
Commission Expires 03/29/2025

Miriam Tauber
*MIRIAM TAUBER LAW PLLC*
885 Park Ave. 2A, New York NY 10075
323-790-4881
MiriamTauberLaw@gmail.com

*Attorney for Plaintiff / Judgment Creditor*
George Hofmann, Chapter 7 Trustee
of the Estate of *Simply, Inc.*